UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NANCY L. VEGA,                                      :
                Plaintiff,                      :
                                                :
                                                :  **ORDER**
v.                                                  :
                                                :  20 CV 8072 (VB) (AEK)
COMMISSIONER OF SOCIAL SECURITY,                    :
                Defendant.                      :
----------------------------------------------------------------x

      By Order dated October 9, 2020, (Doc. #7), the Court referred this case to Magistrate Judge Andrew E. Krause for a report and recommendation.

      On October 29, 2020, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the Court ordered that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. (Doc. #9). The Court ordered defendant's counsel to respond by November 30, 2020. (Id.).

      To date, the Court has received no answer to the October 29, 2020, Order.

      Accordingly, **the Court sua sponte extends defense counsel's time to December 21, 2020**, to comply with the Court's October 29, 2020, Order, and either (i) file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which was attached to the October 29, 2020, Order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf); or (ii) file a letter advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. The parties are free to withhold consent without negative consequences.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 7, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge