UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NANCY L. VEGA,

                Plaintiff,

    -v-

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

20 CIVIL 8072 (AEK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         August 26, 2021

                                              RUBY J. KRAJICK

                                              Clerk of Court
                        BY:
                                                **Deputy Clerk**